UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV- |
| | ) | |
| Petitioner, | ) | Case No. |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | |
| ALONSO RODRIGUEZ, | ) | |
| | ) | **PETITION TO ENFORCE** |
| Respondent. | ) | **INTERNAL REVENUE SUMMONS** |
| | ) | |
| _____ | ) | |

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C., §§ 7402(b) and 7604(a) and 28 U.S.C., §§ 1340 and 1345.

II

G. Fantauzzi is a revenue officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division of the Office of the Area Director in Lanham, Maryland, with a post of duty in Miami, Florida. As a revenue officer, she is

authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. § 7602.

III

The respondent Alonso Rodriguez resides at 12172 SW 122nd CT, Miami, Florida 33186, which is within the jurisdiction of this Court.

IV

Revenue Officer R. Echevarria is conducting an investigation for the purpose of examining the income tax liabilities of respondent for the years ended December 31, 2007 and December 31, 2008 and for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the respondent for the years under investigation.

V

As part of the investigation, on March 5, 2010, Revenue Officer G. Fantauzzi issued an Internal Revenue Service Summons (Form 6638) directing the respondent to appear before Revenue Officer R. Echevarria on March 16, 2010, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as described in said summons. An attested copy of the summons was served on the respondent by Revenue Officer R. Echevarria on March 5, 2010 by leaving it at respondent's last and usual place of abode. The summons is attached to the declaration of Revenue Officer R. Echevarria as Exhibit A-1, and incorporated herein by reference.

VI

The respondent did not appear on March 16, 2010 in response to the summons.

VII

On May 3, 2010, Associate Area Counsel for the Internal Revenue Service sent a certified letter to the respondent offering another opportunity to satisfy the summons on May 13, 2010. A copy of that letter is attached to the declaration as Exhibit A-2. The letter was returned to Associate Area Counsel as unclaimed.

VIII

On June 9, 2010, Associate Area Counsel for the Internal Revenue Service had a letter hand-delivered to the respondent offering the respondent another opportunity to appear on July 14, 2010 to satisfy the summons. A copy of the letter is attached to the declaration as Exhibit A-3. On July 14, 2010 the respondent did not appear.

IX

The respondent's refusal to comply with the summons with respect to the years ended December 31, 2007 and December 31, 2008 continues to the date of this petition.

X

The respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

XI

It is necessary and relevant to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly determine the federal income tax liability of respondent for the years ended December 31, 2007 and December 31, 2008.

XII

All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

XIII

A Justice Department referral, as defined by § 7602(d)(2) of the Internal Revenue Code of 1986, is not in effect with respect to respondent for the year under investigation.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why he should not comply with and obey the aforementioned summons and each and every requirement thereof;

2. That this Court further order that petitioner be given thirty days (30) from the date of the Order within which to serve respondent with the same;

3. That this Court enter an order directing the respondent to appear before Revenue Officer R. Echevarria, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer R. Echevarria and/or her designee, and to give testimony and produce

for examination and copying the books, records, papers, and other data as demanded by the summons;

    4. That the United States recover its costs of maintaining this action; and

    5. That this Court grant such other and further relief as is just and proper.

                      Respectfully submitted,

                      WIFREDO A. FERRER
                      UNITED STATES ATTORNEY

By: *[signature]*
Carlos J. Raurell
ASSISTANT U.S. ATTORNEY
Fla. Bar No. 529893
99 NE 4th Street
Miami, FL 33132
305-961-9243
Fax: 305-530-7139
Carlos.raurell@USDOJ.gov